1  PAUL S. PADDA, ESQ.
   Nevada Bar No. 10417
2  SRILATA R. SHAH, ESQ.
   Nevada Bar No. 6820
3  *Email: sri@paulpaddalaw.com*
4  **PAUL PADDA LAW, PLLC**
   4560 S. Decatur Boulevard, Ste. 300
5  Las Vegas, Nevada 89103
   Tele: (702) 366-1888
6  *Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH GRILLO,<br><br>   Plaintiff<br><br>v.<br><br>USAA GENERAL INDEMNITY COMPANY,<br><br>   Defendant | Case No.: 2:25-cv-02541-CDS-EJY<br><br>**Order Approving STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT USAA GENERAL INDEMNITY COMPANY MOTION TO DISMISS PLAINTIFF'S SECOND AND THIRD CAUSES OF ACTION (ECF NO. 4)**<br><br>[ECF No. 5] |

  Defendant USAA General Indemnity Company ("USAA GIC"), ("Defendant") and Plaintiff Jospeh Grillo ("Plaintiff") hereby stipulate and agree to extend the date for Plaintiff to file their opposition to Defendant's USAA General Indemnity Company Motion to Dismiss Plaintiff's Second and Third Causes of Action. **ECF No. 4.**

  Plaintiff's opposition is currently due on January 6, 2026. In light of the intervening Christmas and New Year holiday period, the parties agree that the deadline for Plaintiff to file their opposition shall be extended to January 20, 2026.

/ / /

/ / /

/ / /

Joseph Grillo et al v. USAA General Indemnity et al
United States District Court, Case No. 2:25-cv-02541-CDS-EJY
*Stipulation for Extension of Time for Plaintiff to Respond to Defendant USAA General Indemnity Company Motion to Dismiss Plaintiff's Second and Third Causes of Action*

This is the first request for an extension of this particular deadline. The request is made in good faith and for good cause. Counsel for USAA General Indemnity Company does not oppose this request and is specifically agreeing to it as evidenced by the filing of this Stipulation.

In light of the foregoing, the parties respectfully request that the Court approve this Stipulation and Order and permit Plaintiff additional time, to and until January 20, 2026, to file his opposition to the pending Motion to Dismiss. **ECF No. 4.**

| | |
|---|---|
| **SPENCER FANE LLP** | **PAUL PADDA LAW** |
| /s/ Taylor Reeves | /s/ Srilata R. Shah |
| Taylor Reeves, Esq. | Srilata R. Shah, Esq. |
| 300 S. Fourth Street, Suite 1600 | 4560 South Decatur Blvd., Suite 300 |
| Las Vegas, NV 89101 | Las Vegas, Nevada 89103 |
| Tele: (702) 408-3400 | Tele: (702) 366-1888 |
| *Attorneys for Defendant* | *Attorney for Plaintiff* |
| Dated: December 30, 2025 | Dated: December 30, 2025 |

**IT IS SO ORDERED:**

_____
**United States District Judge**

DATED: December 30, 2025

**Although the stipulation is approved, counsel is reminded to consult and adhere to this district's local rules in the future, including a signature block compliant with Local Rule IA 6-2.**

2

Joseph Grillo et al v. USAA General Indemnity et al
United States District Court, Case No. 2:25-cv-02541-CDS-EJY
*Stipulation for Extension of Time for Plaintiff to Respond to Defendant USAA General Indemnity Company Motion to Dismiss Plaintiff's Second and Third Causes of Action*