Taylor Reeves, Esq. (Bar No. 15987)
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 408-3401
Email: treeves@spencerfane.com

*Attorneys for USAA General Indemnity Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH GRILLO,<br><br>　　　　　Plaintiff<br><br>v.<br><br>USAA GENERAL INDEMNITY COMPANY,<br><br>　　　　　Defendant | Case No.: 2:25-cv-02541-CDS-EJY<br><br>**STIPULATION AND ORDER TO EXTNED TIME FOR DEFENDANT USAA GENERAL INDEMNITY COMPANY TO FILE REPLY IN SUPPORT OF IT'S MOTION TO DISMISS PLAITNIFF'S SECOND AND THIRD CAUSES OF ACTION**<br><br>**[FIRST REQUEST]**<br><br>[ECF No. 11] |

Defendant USAA General Indemnity Company ("USAA GIC"), by and through its counsel, Spencer Fane LLP, and Plaintiff Joseph Grillo ("Plaintiff") by and through his counsel Paul Padda Law, PLLC hereby stipulate to extend time for USAA GIC to file it's Reply in Support of it's Motion to Dismiss Plaintiff's Second and Third Causes of Action ("Reply") from January 27, 2026 to February 13, 2026. This is the first stipulation to extend time for USAA GIC to file it's Reply.

This extension is made in good faith and not meant for purposes of delay. Defendant's counsel is balancing other filing deadlines and required additional time for the responsive pleading.

Dated this 26th day of January, 2026.
**PAUL PADDA LAW, PLLC**

/s/ Srilata R. Shah
Srilata R. Shah, Esq.
Nevada Bar No. 6820
Ravi Chanderraj, Esq.
Nevada Bar No. 17053
4560 S. Decatur Blvd., Suite 300
Las Vegas, NV 89103

*Attorneys for Plaintiff*

Dated this 26th day of January, 2026.
**SPENCER FANE LLP**

/s/ Taylor Reeves
Taylor Reeves, Esq.
NV Bar No. 15987
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101

*Attorney for USAA General Indemnity Company*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: January 26, 2026

-2-